IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CLIFTON WILLIAMS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **03-505-CJP**[1] |
| | ) | |
| **C/O ROWLAND, SGT. CHILDERS,** | ) | |
| **SGT. ALBERT, C/O HOLDER, and** | ) | |
| **C/O HALL,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

**PROUD, Magistrate Judge:**

Plaintiff Clifton Williams is an inmate in the custody of the Illinois Department of Corrections.  He brings suit under 42 U.S.C. §1983, seeking damages for violation of his Eighth Amendment rights in 2002 while he was incarcerated at Menard Correctional Center.  Now before the Court are Defendants' Motion to Dismiss Plaintiff's Complaint, filed by defendants Rowland, Childers, Albert, and Holder, and Defendant's Motion to Dismiss Plaintiff's Complaint, filed by defendant Hall. **(Docs. 14 and 23)**.

A Report and Recommendation issued by this Court was pending at the time the parties consented to have this matter tried before a magistrate judge.  **(Doc. 31).**  Defendants did not file objections to the Report and Recommendation, but plaintiff did.  **See, Doc. 34.**  Plaintiff's objection does not identify any error in the Report and Recommendation.  In fact, since the Court

---

[1]Pursuant to 28 U.S.C. § 636(c)(1), upon the consent of the parties, this case has been referred to the undersigned United States Magistrate Judge for final resolution. See, Docs. 37 & 40.

1

recommended that the motions to dismiss be denied in large part, it is difficult to imagine what plaintiff's objection would be.

The Court did recommend that **Doc. 14** be granted as to defendant Rowland.  The reason for that recommendation is that, in his response to the motion to dismiss, plaintiff acknowledged the validity of the argument with respect to his claim against Rowland.  He requested that the claim against Rowland be dismissed.  **See, Doc. 30**.

For the reasons stated in this Court's Report and Recommendation, **Doc. 31**, Defendants' Motion to Dismiss Plaintiff's Complaint, filed by defendants Rowland, Childers, Albert, and Holder **(Doc. 14)** is **GRANTED as to defendant Rowland only, and is DENIED as to the other defendants**.  Defendant Trevor Rowland is ordered dismissed without prejudice. Defendant Hall's Motion to Dismiss Plaintiff's Complaint **(Doc. 23)** is **DENIED**.

The Clerk of Court is directed to enter judgment in favor of defendant Rowland at the close of the case.

**IT IS SO ORDERED.**

**DATE:  September 7, 2006.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**

2