IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CLIFTON WILLIAMS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **03-505-CJP** |
| | ) | |
| **SGT. CHILDERS,** | ) | |
| **SGT. ALBERT, C/O HOLDER, and** | ) | |
| **C/O HALL,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiff's Motion for Dismissal Without

Prejudice **(Doc. 65)** is **GRANTED**.

Defendant David Childers is dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE:  September 12, 2006**.


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**