IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLIFTON WILLIAMS, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) ) CASE NO. 03-505-CJP |
| C/O ROWLAND, SGT. CHILDERS, SGT. ALBERT, C/O HOLDER, C/O HALL, B. SPILLER, CAPTAIN GALES, and JOHNATHAN R. WALLS, | ) ) ) ) ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial. The issues have been tried.

Defendants **B. SPILLER, CAPTAIN GALES**, and **JOHNATHAN R. WALLS** were dismissed by an Order entered by Chief Judge G. Patrick Murphy on May 31, 2005 (Doc. 6).

Defendant **C/O ROWLAND** was dismissed by an Order entered by Magistrate Judge Clifford J. Proud on September 7, 2006 (Doc. 59).

Defendant **SGT.CHILDERS** was dismissed by and Order entered by Magistrate Judge Clifford J. Proud on September 12, 2006 (Doc. 66).

Defendants **SGT. ALBERT, C/O HOLDER and C/O HALL** were granted judgment as a matter of law by an Order entered by Magistrate Judge Clifford J. Proud on September 22, 2006 (Doc. 68).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **C/O ROWLAND, SGT. CHILDERS, SGT. ALBERT, C/O HOLDER, C/O HALL, B. SPILLER, CAPTAIN GALES** and **JOHNATHAN R. WALLS** and against plaintiff **CLIFTON WILLIAMS.** Plaintiff shall take nothing from this action.

**DATED** this 25th day of September, 2006

NORBERT G. JAWORSKI, CLERK

BY: S/ Angela Vehlewald
      Deputy Clerk

Approved by    S/ Clifford J. Proud
      United States Magistrate Judge
      Clifford J. Proud